## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CIVIL ACTION |
|---|---|
| v. | NO.  15-496 |
| GREGORY ROBINSON | |

## ORDER

**AND NOW**, this 2nd day of December, 2020, upon consideration of Defendant Robinson's *pro se* Motion for Compassionate Release or Reduction of Sentence (ECF 1034) and the Government's response thereto (ECF 1042 & 1043), **IT IS HEREBY ORDERED** that the motion is **DENIED.**

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**